UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>JUSTIN ERIN CRITCHELL,<br><br>                Defendant. | Case No. MJ20-113-MLP<br><br>DETENTION ORDER |

Offenses charged:

      Count 1:     Assault by Strangulation, 18 U.S.C. §§ 113(a)(8) and 1153

Date of Detention Hearing: On March 17, 2020, the Court held a detention hearing via video conference due to the exigence circumstances as outlined in General Order 02-20 and public safety health concerns. Defendant Critchell did not consent to the video conference detention hearing. This detention order is without prejudice.

      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

DETENTION ORDER - 1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant poses a risk of nonappearance due to his history of over twenty-five failures to appear and/or bench warrants. Defendant poses a risk of danger due to his history of assaultive behavior, the violent nature of the instant offense, and the concern for the victim's safety. There does not appear to be any condition or combination of conditions that will reasonably assure the Defendant's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver the Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the Defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

//

DATED this 17th day of March, 2020.

_MJ Peterson_
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3