Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>JUSTIN ERIN CRITCHELL,<br><br>              Defendant. | No. 2:20-cr-00086-RAJ<br><br>ORDER ON DEFENDANT'S MOTION TO SUPPRESS STATEMENTS |

THIS MATTER comes before the Court on Defendant's Motion to Suppress Statements (Dkt. #35). Having considered the motion, the Government's Response, Defendant's Reply, and the files and pleadings herein, the Court finds as follows:

Defendant moves the Court to suppress a statement he made to law enforcement after his arrest regarding his status as a member of the Nez Perce tribe. In its response, the Government indicates it does not intend to prove Defendant's Indian tribal status through this statement, or to seek to admit the statement into evidence in its case in chief.

Accordingly, IT IS ORDERED that Defendant's Motion to Suppress Statements (Dkt. #35) is GRANTED. The Government is precluded from eliciting testimony about the statement made by Defendant to law enforcement on January 2, 2020 regarding his status as a member of the Nez Perce tribe in its case in chief. The Government's right to elicit testimony about the statement as

impeachment if Defendant testifies or if Defendant otherwise "opens the door" at trial is reserved.

DATED this 13th day of October, 2020.

The Honorable Richard A. Jones
United States District Judge