The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUSTIN ERIN CRITCHELL,<br><br>Defendant. | NO. CR20-0086-RAJ<br><br>ORDER ON GOVERNMENT'S MOTION IN LIMINE TO PRECLUDE CRIMINAL HISTORY OF JANE DOE PURSUANT TO FRE 609 |

This matter comes before the Court on the Government's Motion in Limine to Preclude Criminal History of Jane Doe Pursuant to FRE 609. For the reasons articulated in the Court's Order on Defendant's Motions in Limine (Dkt. 65), which are incorporated herein,

IT IS ORDERED that the Government's Motion in Limine to Preclude Criminal History of Jane Doe Pursuant to FRE 609 (Dkt. 52) is **GRANTED**.

DATED this 13th day of November, 2020.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ON GOVERNMENT'S MOTION IN LIMINE
*United States v. Critchell,* CR20-0086-RAJ – 1