The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUSTIN ERIN CRITCHELL,<br><br>Defendant. | NO.   CR20-0086-RAJ<br><br>ORDER GRANTING LEAVE<br>TO FILE OVERLENGTH BRIEF |

The Court, having reviewed the United States' Motion for Leave to File Overlength Brief, and finding good cause, enters the following order:

IT IS HEREBY ORDERED that the Motion (Dkt. #56) is GRANTED.  The Court GRANTS permission for the United States to file its response to Defendant's Motion to Dismiss the Indictment For Violation of [His] Right to a Speedy Trial (Dkt. #53) in excess of 12 pages, but no more than 20 pages.

DATED this 13th day of November, 2020.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

Order for Leave to File Overlength Brief
*United States v. Critchell,* CR20-0086-RAJ - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970