THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 20-0086-RAJ |
| Plaintiff, | ORDER GRANTING EX PARTE MOTION TO WITHDRAW AS COUNSEL AND FOR APPOINTMENT OF NEW COUNSEL |
| v. | |
| JUSTIN CRITCHELL, | |
| Defendant. | |

THE COURT has considered the Ex Parte Motion to Withdraw as Counsel and for Appointment of New Counsel, the Ex Parte Declaration of Defense Counsel Gregory Geist, the records and files in this case, and having conducted a hearing on this date, for the reasons set forth orally on the record,

IT IS NOW ORDERED that the motion (Dkt. # 110) is GRANTED. Assistant Federal Public Defenders Gregory Geist and Mohammad Ali Hamoudi are permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Mr. Critchell from the CJA panel.

DATED this 3rd day of March, 2021.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO WITHDRAW AS COUNSEL AND
FOR APPOINTMENT OF NEW COUNSEL
(US v. Justin Critchell; CR20-86RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100